# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| APW ENCLOSURE SYSTEMS, INC., | Case No. 06-11378 (MFW) |
| Debtor. | **Related Docket Nos. 613, 614 & 618** |

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

IT IS ORDERED that the Trustee shall pay unclaimed funds as stated in the *Application to Pay Combined Unclaimed Checks into the Court* (Docket No. 613) and *Letter to Amend Total Funds to be Turned Over to the Clerk of the Court* (Docket No. 614) in the amount of $37,777.90, representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

**Dated: August 30th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

ME1 37307463v.1