UNITED STATES BANKRUPTCY COURT
District of Delaware

RE: )
) Case No. 06-11378-MFW
APW Enclosure Systems, Inc. )
) Chapter - 7
Debtor(s) )

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On March 14, 2022, an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee to Ramiro Mejia, creditor, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $4,786.15 held in unclaimed funds be made payable to Dilks & Knopik, LLC and be disbursed to the payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Dated: April 18th, 2022
Wilmington, Delaware

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**